STATE OF NEW JERSEY (TOWNSHIP OF MONTVILLE) v.
ROBERT G. FOGELSON.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. RUTH LAWSON.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE DAVIS, *ET AL.*

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WHEELER.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. BOBBY LEE GRIFFIN, *ET AL.*

September 21, 1972. Petition for certification denied. (See
120 *N. J. Super.* 13).

STATE OF NEW JERSEY v. GARY THOMPSON.

September 21, 1972. Petition for certification denied.